THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Shenard Abraham, Appellant.
 
 
 

Appeal From Darlington County
 Ralph King Anderson, Jr., Circuit Court
Judge

Unpublished Opinion No. 2012-UP-201
 Submitted March 1, 2012  Filed March 21,
2012    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor William B. Rogers, Jr., of
 Bennettsville, for Respondent.
 
 
 

PER CURIAM:  Shenard Abraham appeals his conviction
 for assault and battery with intent to kill, arguing the trial court erred in
 denying his motion for a directed verdict.  Specifically, Abraham contends he
 acted in self-defense as a matter of law.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the
 appeal and grant counsel's motion to be relieved.
APPEAL
 DISMISSED.
WILLIAMS,
 THOMAS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.